# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08-395 (RHK/JJG) |
| Plaintiff | |
| v. | **ORDER FOR APPEARANCE OF DEFENDANT AND FOR TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C. §4285** |
| KELVIN MARTEL BRONNER | |
| Defendant. | |

The Court having held Defendant to answer in the United States Court for the District of Minnesota in St. Paul, Minnesota, and finding that the Defendant has been released from custody, currently resides in Detroit, Michigan, and is financially unable to provide the necessary transportation to appear before the United States Probation officer conducting the Court-ordered presentence investigation interview,

IT IS ORDERED that the indigent Defendant, released from custody, appear before the above-referenced United States Probation officer on May 14, 2009, no later than 10:00 AM.

IT IS FURTHER ORDERED that the United States Marshal furnish the indigent Defendant transportation to appear before the Court, transportation to return home to Detroit, Michigan, after said court hearing, and to furnish subsistence expenses not to exceed per diem allowance for travel contemplated under 5 U.S.C. § 5702(a) all as authorized by 18 U.S.C. § 4285.

|  |  |
|---|---|
|   5/8/09 | s/Richard H. Kyle |
| Date | Honorable Richard H. Kyle |
|  | United States District Court Judge |