UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.: 08-395 (RHK/JJG)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| 2.  KELVIN MARTEL BRONNER, ) | |
| ) | |
| 6.  LAWRENCE DARRYL PORTER, JR., ) | |
| ) | |
| 7.  LONNIE RUTHERFORD, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the government's Motion to Seal Document. Based on all the records, files, and proceedings in this case, the Court finds that good cause exists to allow the request.

Accordingly, IT IS HEREBY ORDERED that the government's motion to seal document is GRANTED.

Dated:  June 16, 2011                    s/Richard H. Kyle
                                         RICHARD H. KYLE
                                         United States District Court Judge